FEBRUARY 11, 1999

No. A–664.  BARBER *v.* TEXAS BOARD OF PARDONS AND PA-
ROLES ET AL.  Application for stay of execution of sentence of
death, presented to JUSTICE SCALIA, and by him referred to the
Court, denied.

No. 98–8095 (A–667).  BARBER *v.* TEXAS BOARD OF PARDONS
AND PAROLES ET AL.  C. A. 5th Cir.  Application for stay of
execution of sentence of death, presented to JUSTICE SCALIA, and
by him referred to the Court, denied.  Certiorari before judg-
ment denied.

FEBRUARY 16, 1999

No. 98–1124.  KABIR ET AL. *v.* SILICON VALLEY BANK ET AL.
Ct. App. Cal., 6th App. Dist.  Certiorari dismissed as to respond-
ents Silicon Valley Bank, Robert Gionfriddo, Robert McMillan,
Sherry Stevens, Marc Cadieux, Roger Smith, and John Dean
under this Court's Rule 46.1.

No. A–685.  CANTU-TZIN *v.* JOHNSON, DIRECTOR, TEXAS DE-
PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  Ap-
plication for stay of execution of sentence of death, presented to
JUSTICE SCALIA, and by him referred to the Court, denied.  JUS-
TICE BREYER took no part in the consideration or decision of
this application.

No. 98–8108 (A–678).  IN RE COX.  Application for stay of exe-
cution of sentence of death, presented to JUSTICE THOMAS, and
by him referred to the Court, denied.  Petition for writ of habeas
corpus denied.

FEBRUARY 19, 1999

No. 98–8173 (A–691).  FRANKLIN ET AL., AS NEXT FRIENDS
FOR BERRY *v.* FRANCIS, WARDEN.  C. A. 6th Cir.  Application
for stay of execution of sentence of death, presented to JUSTICE